Case 4:22-cr-00111-BMM   Document 78   Filed 06/25/24   Page 1 of 1

Case 4:22-cr-00111-BMM   Document 78   Filed 06/25/24   Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CR-22-111-GF-BMM |
| v. | ORDER |
| SABRINA JOY OLSON, | |
| Defendant. | |

Defendant Sabrina Joy Olson has moved to dismiss the government's indictment after her successful completion of the GLACIER program. (Doc. 76.) The government does not oppose Olson's motion. (*Id.*) Good cause has been shown.

Accordingly, **IT IS ORDERED:**

1. The Indictment (Doc. 2) and Superseding Information (Doc. 24) against Sabrina Joy Olson are dismissed with prejudice.

**DATED** this 25th day of June, 2024.

_____
Brian Morris, Chief District Judge
United States District Court